## MAY 22, 1995

No. 94–1059.   CALAMIA *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   Sup. Ct. Fla.   Certiorari granted, judgment vacated, and case remanded for further consid-

eration in light of *California Dept. of Corrections* v. *Morales*, *ante*, p. 499.